SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Michael A. Wahlander (SBN 260781)
mwahlander@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Plaintiff
SOLARCITY CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARCITY CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>FAYE BURIAN, individually and in her capacity as an agent of the State of California Labor and Workforce Development Agency Pursuant to the Labor Code Private Attorneys General Act of 2004, and DOES 1-20,<br><br>         Defendants. | Case No. 5:15-cv-01380 BRO-DTB<br><br>ORDER ON<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

|   |   |
|---|---|
| 1 | Pursuant to the Parties Settlement Agreement and Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff, SOLAR CITY CORPORATION submits this Notice of Dismissal and requests that this Court dismiss the above-referenced action with prejudice. Defendant Faye Burian has not appeared, filed an answer, or filed a motion for summary judgment. Each party will bear their own attorneys' fees and costs. |

DATED: December 24, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Michael A. Wahlander*
Laura J. Maechtlen
Michael A. Wahlander
Emily E. Barker

Attorneys for Plaintiff
SOLARCITY CORPORATION

---

IT IS SO ORDERED.

DATED: December 29, 2015

_____
UNITED STATES DISTRICT JUDGE

---